# United States District Court
# For The Western District of North Carolina
# Statesville Division

JULIUS C. COX,

    Plaintiff(s),

vs.

(FNU) Smathers,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:10CV61-3-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 12, 2010, Order.

Signed: May 12, 2010

Frank G. Johns, Clerk
United States District Court